David J. Kaminski (SBN 128509)
carlsonj@cmtlaw.com
Martin Schannong (SBN 243297)
schannongm@cmtlaw.com
Carlson & Messer LLP
5901 West Century Boulevard, Suite 1200
Los Angeles, CA 90045
(310) 242-2200 Telephone
(310) 242-2222 Facsimile

Attorneys for Defendant
COLUMBIA COLLECTION SERVICE, INC.

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HECTOR MORALES,<br><br>              Plaintiff,<br><br>       vs.<br><br>EQUIFAX, INC., COLUMBIA COLLECTION SERVICE, INC. and DOES 1-100 inclusive,<br><br>              Defendants. | CASE NO.: 2:18-cv-00704-MCE-AC<br><br>**ANSWER** |

Defendant COLUMBIA COLLECTION SERVICE, INC. ("Defendant") hereby answers the Complaint of Plaintiff HECTOR MORALES ("Plaintiff") as follows:

### INTRODUCTION

1.    Defendant admits that this case was brought by Plaintiff under the FCRA.  Defendant denies that Plaintiff's allegations have merit, and further denies any further allegations in Paragraph 1 of Plaintiff's Complaint.

2.    Defendant denies any inaccurate or incomplete reporting.  Defendant currently lacks sufficient knowledge or information to admit or deny the remaining allegations in Paragraph 2 of Plaintiff's Complaint, and on that basis Defendant denies them for the present time.

3.     Defendant lacks sufficient knowledge or information to admit or deny the allegations in Paragraph 3 of Plaintiff's Complaint, and on that basis Defendant denies them for the present time.  Moreover, said Paragraph contains no affirmative allegations against Defendant.

4.     Defendant lacks sufficient knowledge or information to admit or deny the allegations in Paragraph 4 of Plaintiff's Complaint, and on that basis Defendant denies them for the present time.  Moreover, said Paragraph contains no affirmative allegations against Defendant.

5.     Defendant lacks sufficient knowledge or information to admit or deny the allegations in Paragraph 5 of Plaintiff's Complaint, and on that basis Defendant denies them for the present time.  Moreover, said Paragraph contains no affirmative allegations against Defendant.

6.     Defendant lacks sufficient knowledge or information to admit or deny the allegations in Paragraph 6 of Plaintiff's Complaint, and on that basis Defendant denies them for the present time.  Moreover, said Paragraph contains no affirmative allegations against Defendant.

7.     Defendant lacks sufficient knowledge or information to admit or deny the allegations in Paragraph 7 of Plaintiff's Complaint, and on that basis Defendant denies them for the present time.  Moreover, said Paragraph contains no affirmative allegations against Defendant.

8.     Defendant lacks sufficient knowledge or information to admit or deny the allegations in Paragraph 8 of Plaintiff's Complaint, and on that basis Defendant denies them for the present time.  Moreover, said Paragraph contains no affirmative allegations against Defendant.

9.     Defendant lacks sufficient knowledge or information to admit or deny the allegations in Paragraph 9 of Plaintiff's Complaint, and on that basis Defendant denies them for the present time.  Moreover, said Paragraph contains no affirmative allegations against Defendant.

10.     Defendant lacks sufficient knowledge or information to admit or deny the allegations in Paragraph 10 of Plaintiff's Complaint, and on that basis Defendant denies them for the present time.  Moreover, said Paragraph contains no affirmative allegations against Defendant.

11.     Defendant lacks sufficient knowledge or information to admit or deny the allegations in Paragraph 11 of Plaintiff's Complaint, and on that basis Defendant denies them for the present time.  Moreover, said Paragraph contains no affirmative allegations against Defendant.

12.     Defendant lacks sufficient knowledge or information to admit or deny the allegations in Paragraph 12 of Plaintiff's Complaint, and on that basis Defendant denies them for the present time.  Moreover, said Paragraph contains no affirmative allegations against Defendant.

## JURISDICTION & VENUE

13.     Defendant incorporates by reference its responses set forth in all Paragraphs above.

14.     Defendant lacks sufficient knowledge or information to admit or deny the allegations in Paragraph 14 of Plaintiff's Complaint, which also constitute legal conclusions, and on that basis Defendant denies them for the present time.

15.     Defendant lacks sufficient knowledge or information to admit or deny the allegations in Paragraph 15 of Plaintiff's Complaint, which also constitute legal conclusions, and on that basis Defendant denies them for the present time.

## GENERAL ALLEGATIONS

16.     Defendant lacks sufficient knowledge or information to admit or deny the allegations in Paragraph 16 of Plaintiff's Complaint, and on that basis Defendant denies them for the present time.

17.     Defendant lacks sufficient knowledge or information to admit or deny the allegations in Paragraph 17 of Plaintiff's Complaint, and on that basis Defendant denies them for the present time.

18.     Defendant lacks sufficient knowledge or information to admit or deny the allegations in Paragraph 18 of Plaintiff's Complaint, and on that basis Defendant denies them for the present time.

19.     Defendant lacks sufficient knowledge or information to admit or deny the allegations in Paragraph 19 of Plaintiff's Complaint, and on that basis Defendant denies them for the present time.

20.     Defendant denies the allegations in Paragraph 20 of Plaintiff's Complaint.

21.     Defendant denies the allegations in Paragraph 21 of Plaintiff's Complaint.

22.     Defendant lacks sufficient knowledge or information to admit or deny the allegations in Paragraph 22 of Plaintiff's Complaint, and on that basis Defendant denies them for the present time.  Moreover, said Paragraph contains no affirmative allegations against Defendant.

23.     Defendant lacks sufficient knowledge or information to admit or deny the allegations in Paragraph 23 of Plaintiff's Complaint, and on that basis Defendant denies them for the present time.  Moreover, said Paragraph contains no affirmative allegations against Defendant.

24.     Defendant lacks sufficient knowledge or information to admit or deny the allegations in Paragraph 24 of Plaintiff's Complaint, and on that basis Defendant denies them for the present time.  Moreover, said Paragraph contains no affirmative allegations against Defendant.

25.     Defendant lacks sufficient knowledge or information to admit or deny the allegations in Paragraph 25 of Plaintiff's Complaint, and on that basis Defendant denies them for the present time.  Moreover, said Paragraph contains no affirmative allegations against Defendant.

26.     Defendant lacks sufficient knowledge or information to admit or deny the allegations in Paragraph 26 of Plaintiff's Complaint, and on that basis Defendant

denies them for the present time.  Moreover, said Paragraph contains no affirmative allegations against Defendant.

27.   Defendant lacks sufficient knowledge or information to admit or deny the allegations in Paragraph 27 of Plaintiff's Complaint, and on that basis Defendant denies them for the present time.  Moreover, said Paragraph contains no affirmative allegations against Defendant.

28.   Defendant lacks sufficient knowledge or information to admit or deny the allegations in Paragraph 28 of Plaintiff's Complaint, and on that basis Defendant denies them for the present time.  Moreover, said Paragraph contains no affirmative allegations against Defendant.

29.   Defendant lacks sufficient knowledge or information to admit or deny the allegations in Paragraph 29 of Plaintiff's Complaint, and on that basis Defendant denies them for the present time.  Moreover, said Paragraph contains no affirmative allegations against Defendant.

30.   Defendant lacks sufficient knowledge or information to admit or deny the allegations in Paragraph 30 of Plaintiff's Complaint, and on that basis Defendant denies them for the present time.  Moreover, said Paragraph contains no affirmative allegations against Defendant.

31.   Defendant lacks sufficient knowledge or information to admit or deny the allegations in Paragraph 31 of Plaintiff's Complaint, and on that basis Defendant denies them for the present time.  Moreover, said Paragraph contains no affirmative allegations against Defendant.

32.   Defendant lacks sufficient knowledge or information to admit or deny the allegations in Paragraph 32 of Plaintiff's Complaint, and on that basis Defendant denies them for the present time.  Moreover, said Paragraph contains no affirmative allegations against Defendant.

33.   Defendant lacks sufficient knowledge or information to admit or deny the allegations in Paragraph 33 of Plaintiff's Complaint, and on that basis Defendant

denies them for the present time.  Moreover, said Paragraph contains no affirmative allegations against Defendant.

34.     Defendant lacks sufficient knowledge or information to admit or deny the allegations in Paragraph 34 of Plaintiff's Complaint, and on that basis Defendant denies them for the present time.  Moreover, said Paragraph contains no affirmative allegations against Defendant.

35.     Defendant lacks sufficient knowledge or information to admit or deny the allegations in Paragraph 35 of Plaintiff's Complaint, and on that basis Defendant denies them for the present time.  Moreover, said Paragraph contains no affirmative allegations against Defendant.

36.     Defendant lacks sufficient knowledge or information to admit or deny the allegations in Paragraph 36 of Plaintiff's Complaint, and on that basis Defendant denies them for the present time.  Moreover, said Paragraph contains no affirmative allegations against Defendant.

37.     Defendant lacks sufficient knowledge or information to admit or deny the allegations in Paragraph 37 of Plaintiff's Complaint, and on that basis Defendant denies them for the present time.  Moreover, said Paragraph contains no affirmative allegations against Defendant.

38.     Defendant lacks sufficient knowledge or information to admit or deny the allegations in Paragraph 38 of Plaintiff's Complaint, and on that basis Defendant denies them for the present time.  Moreover, said Paragraph contains no affirmative allegations against Defendant.

39.     Defendant lacks sufficient knowledge or information to admit or deny the allegations in Paragraph 39 of Plaintiff's Complaint, and on that basis Defendant denies them for the present time.  Moreover, said Paragraph contains no affirmative allegations against Defendant.

40.     Defendant lacks sufficient knowledge or information to admit or deny the allegations in Paragraph 40 of Plaintiff's Complaint, and on that basis Defendant

denies them for the present time.  Moreover, said Paragraph contains no affirmative allegations against Defendant.

41.   Defendant lacks sufficient knowledge or information to admit or deny the allegations in Paragraph 41 of Plaintiff's Complaint, and on that basis Defendant denies them for the present time.  Moreover, said Paragraph contains no affirmative allegations against Defendant.

42.   Defendant lacks sufficient knowledge or information to admit or deny the allegations in Paragraph 42 of Plaintiff's Complaint, and on that basis Defendant denies them for the present time.  Moreover, said Paragraph contains no affirmative allegations against Defendant.

43.   Defendant lacks sufficient knowledge or information to admit or deny the allegations in Paragraph 43 of Plaintiff's Complaint, and on that basis Defendant denies them for the present time.  Moreover, said Paragraph contains no affirmative allegations against Defendant.

44.   Defendant lacks sufficient knowledge or information to admit or deny the allegations in Paragraph 44 of Plaintiff's Complaint, and on that basis Defendant denies them for the present time.  Moreover, said Paragraph contains no affirmative allegations against Defendant.

45.   Defendant lacks sufficient knowledge or information to admit or deny the allegations in Paragraph 45 of Plaintiff's Complaint, and on that basis Defendant denies them for the present time.  Moreover, said Paragraph contains no affirmative allegations against Defendant.

46.   Defendant lacks sufficient knowledge or information to admit or deny the allegations in Paragraph 46 of Plaintiff's Complaint, and on that basis Defendant denies them for the present time.  Moreover, said Paragraph contains no affirmative allegations against Defendant.

47.   Defendant lacks sufficient knowledge or information to admit or deny the allegations in Paragraph 47 of Plaintiff's Complaint, and on that basis Defendant

denies them for the present time.  Moreover, said Paragraph contains no affirmative allegations against Defendant.

48.     Defendant lacks sufficient knowledge or information to admit or deny the allegations in Paragraph 48 of Plaintiff's Complaint, and on that basis Defendant denies them for the present time.  Moreover, said Paragraph contains no affirmative allegations against Defendant.

49.     Defendant lacks sufficient knowledge or information to admit or deny the allegations in Paragraph 49 of Plaintiff's Complaint, and on that basis Defendant denies them for the present time.  Moreover, said Paragraph contains no affirmative allegations against Defendant.

50.     Defendant lacks sufficient knowledge or information to admit or deny the allegations in Paragraph 50 of Plaintiff's Complaint, and on that basis Defendant denies them for the present time.  Moreover, said Paragraph contains no affirmative allegations against Defendant.

51.     Defendant lacks sufficient knowledge or information to admit or deny the allegations in Paragraph 51 of Plaintiff's Complaint, and on that basis Defendant denies them for the present time.  Moreover, said Paragraph contains no affirmative allegations against Defendant.

52.     Defendant lacks sufficient knowledge or information to admit or deny the allegations in Paragraph 52 of Plaintiff's Complaint, and on that basis Defendant denies them for the present time.  Moreover, said Paragraph contains no affirmative allegations against Defendant.

53.     Defendant lacks sufficient knowledge or information to admit or deny the allegations in Paragraph 53 of Plaintiff's Complaint, and on that basis Defendant denies them for the present time.  Moreover, said Paragraph contains no affirmative allegations against Defendant.

54.     Defendant lacks sufficient knowledge or information to admit or deny the allegations in Paragraph 54 of Plaintiff's Complaint, and on that basis Defendant

denies them for the present time.  Moreover, said Paragraph contains no affirmative allegations against Defendant.

55.     Defendant lacks sufficient knowledge or information to admit or deny the allegations in Paragraph 55 of Plaintiff's Complaint, and on that basis Defendant denies them for the present time.  Moreover, said Paragraph contains no affirmative allegations against Defendant.

56.     Defendant lacks sufficient knowledge or information to admit or deny the allegations in Paragraph 56 of Plaintiff's Complaint, and on that basis Defendant denies them for the present time.  Moreover, said Paragraph contains no affirmative allegations against Defendant.

57.     Defendant lacks sufficient knowledge or information to admit or deny the allegations in Paragraph 57 of Plaintiff's Complaint, and on that basis Defendant denies them for the present time.  Moreover, said Paragraph contains no affirmative allegations against Defendant.

58.     Defendant lacks sufficient knowledge or information to admit or deny the allegations in Paragraph 58 of Plaintiff's Complaint, and on that basis Defendant denies them for the present time.  Moreover, said Paragraph contains no affirmative allegations against Defendant.

59.     Defendant lacks sufficient knowledge or information to admit or deny the allegations in Paragraph 59 of Plaintiff's Complaint, and on that basis Defendant denies them for the present time.  Moreover, said Paragraph contains no affirmative allegations against Defendant.

60.     Defendant lacks sufficient knowledge or information to admit or deny the allegations in Paragraph 60 of Plaintiff's Complaint, and on that basis Defendant denies them for the present time.  Moreover, said Paragraph contains no affirmative allegations against Defendant.

61.     Defendant lacks sufficient knowledge or information to admit or deny the allegations in Paragraph 61 of Plaintiff's Complaint, and on that basis Defendant

1  denies them for the present time.  Moreover, said Paragraph contains no affirmative

2  allegations against Defendant.

3      62.   Defendant lacks sufficient knowledge or information to admit or deny

4  the allegations in Paragraph 62 of Plaintiff's Complaint, and on that basis Defendant

5  denies them for the present time.  Moreover, said Paragraph contains no affirmative

6  allegations against Defendant.

7      63.   Defendant lacks sufficient knowledge or information to admit or deny

8  the allegations in Paragraph 63 of Plaintiff's Complaint, and on that basis Defendant

9  denies them for the present time.  Moreover, said Paragraph contains no affirmative

10  allegations against Defendant.

11      64.   Defendant lacks sufficient knowledge or information to admit or deny

12  the allegations in Paragraph 64 of Plaintiff's Complaint, and on that basis Defendant

13  denies them for the present time.  Moreover, said Paragraph contains no affirmative

14  allegations against Defendant.

15      65.   Defendant lacks sufficient knowledge or information to admit or deny

16  the allegations in Paragraph 65 of Plaintiff's Complaint, and on that basis Defendant

17  denies them for the present time.  Moreover, said Paragraph contains no affirmative

18  allegations against Defendant.

19      66.   Defendant lacks sufficient knowledge or information to admit or deny

20  the allegations in Paragraph 66 of Plaintiff's Complaint, and on that basis Defendant

21  denies them for the present time.  Moreover, said Paragraph contains no affirmative

22  allegations against Defendant.

23      67.   Defendant lacks sufficient knowledge or information to admit or deny

24  the allegations in Paragraph 67 of Plaintiff's Complaint, and on that basis Defendant

25  denies them for the present time.  Moreover, said Paragraph contains no affirmative

26  allegations against Defendant.

27      68.   Defendant lacks sufficient knowledge or information to admit or deny

28  the allegations in Paragraph 68 of Plaintiff's Complaint, and on that basis Defendant

denies them for the present time. Moreover, said Paragraph contains no affirmative allegations against Defendant.

69. Defendant lacks sufficient knowledge or information to admit or deny the allegations in Paragraph 69 of Plaintiff's Complaint, and on that basis Defendant denies them for the present time. Moreover, said Paragraph contains no affirmative allegations against Defendant.

70. Defendant lacks sufficient knowledge or information to admit or deny the allegations in Paragraph 70 of Plaintiff's Complaint, and on that basis Defendant denies them for the present time. Moreover, said Paragraph contains no affirmative allegations against Defendant.

71. Defendant lacks sufficient knowledge or information to admit or deny the allegations in Paragraph 71 of Plaintiff's Complaint, and on that basis Defendant denies them for the present time. Moreover, said Paragraph contains no affirmative allegations against Defendant.

72. Defendant lacks sufficient knowledge or information to admit or deny the allegations in Paragraph 72 of Plaintiff's Complaint, and on that basis Defendant denies them for the present time. Moreover, said Paragraph contains no affirmative allegations against Defendant.

73. Defendant lacks sufficient knowledge or information to admit or deny the allegations in Paragraph 73 of Plaintiff's Complaint, and on that basis Defendant denies them for the present time. Moreover, said Paragraph contains no affirmative allegations against Defendant.

74. Defendant lacks sufficient knowledge or information to admit or deny the allegations in Paragraph 74 of Plaintiff's Complaint, and on that basis Defendant denies them for the present time. Moreover, said Paragraph contains no affirmative allegations against Defendant.

75. Defendant lacks sufficient knowledge or information to admit or deny the allegations in Paragraph 75 of Plaintiff's Complaint, and on that basis Defendant

1   denies them for the present time.

2       76.     Defendant lacks sufficient knowledge or information to admit or deny

3   the allegations in Paragraph 76 of Plaintiff's Complaint, and on that basis Defendant

4   denies them for the present time.

5       77.     Defendant lacks sufficient knowledge or information to admit or deny

6   the allegations in Paragraph 77 of Plaintiff's Complaint, and on that basis Defendant

7   denies them for the present time.

8       78.     Defendant lacks sufficient knowledge or information to admit or deny

9   the allegations in Paragraph 78 of Plaintiff's Complaint, and on that basis Defendant

10  denies them for the present time.

11      79.     Defendant denies any inaccurate or incomplete reporting.  Defendant

12  lacks sufficient knowledge or information to admit or deny the remaining allegations

13  in Paragraph 79 of Plaintiff's Complaint, and on that basis Defendant denies them

14  for the present time.

15      80.     Defendant denies any inaccurate or incomplete reporting.  Defendant

16  lacks sufficient knowledge or information to admit or deny the remaining allegations

17  in Paragraph 80 of Plaintiff's Complaint, and on that basis Defendant denies them

18  for the present time.  To the extent said allegations pertain to a document, Defendant

19  alleges that the document speaks for itself.

20      81.     Defendant denies any inaccurate or incomplete reporting.  Defendant

21  lacks sufficient knowledge or information to admit or deny the remaining allegations

22  in Paragraph 81 of Plaintiff's Complaint, and on that basis Defendant denies them

23  for the present time.  To the extent said allegations pertain to a document, Defendant

24  alleges that the document speaks for itself.

25      82.     Defendant lacks sufficient knowledge or information to admit or deny

26  the allegations in Paragraph 82 of Plaintiff's Complaint, and on that basis Defendant

27  denies them for the present time.  To the extent said allegations pertain to a

28  document, Defendant alleges that the document speaks for itself.

83.     Defendant lacks sufficient knowledge or information to admit or deny the allegations in Paragraph 83 of Plaintiff's Complaint, and on that basis Defendant denies them for the present time.   To the extent said allegations pertain to a document, Defendant alleges that the document speaks for itself.

84.     Defendant lacks sufficient knowledge or information to admit or deny the allegations in Paragraph 84 of Plaintiff's Complaint, and on that basis Defendant denies them for the present time.   To the extent said allegations pertain to a document, Defendant alleges that the document speaks for itself.

85.     Defendant denies any inaccurate or incomplete reporting.  Defendant lacks sufficient knowledge or information to admit or deny the remaining allegations in Paragraph 85 of Plaintiff's Complaint, and on that basis Defendant denies them for the present time.  To the extent said allegations pertain to a document, Defendant alleges that the document speaks for itself.

86.     Defendant lacks sufficient knowledge or information to admit or deny the allegations in Paragraph 86 of Plaintiff's Complaint, and on that basis Defendant denies them for the present time.   To the extent said allegations pertain to a document, Defendant alleges that the document speaks for itself.

87.     Defendant lacks sufficient knowledge or information to admit or deny the allegations in Paragraph 87 of Plaintiff's Complaint, and on that basis Defendant denies them for the present time.   To the extent said allegations pertain to a document, Defendant alleges that the document speaks for itself.

88.     Defendant denies any inaccurate or incomplete reporting.  Defendant lacks sufficient knowledge or information to admit or deny the remaining allegations in Paragraph 88 of Plaintiff's Complaint, and on that basis Defendant denies them for the present time.  To the extent said allegations pertain to a document, Defendant alleges that the document speaks for itself.

89.     Defendant denies any inaccurate or incomplete reporting, negligent or otherwise.  Defendant lacks sufficient knowledge or information to admit or deny

the remaining allegations in Paragraph 89 of Plaintiff's Complaint, and on that basis Defendant denies them for the present time.

90.     Defendant denies any inaccurate or incomplete reporting, and denies that it is not following applicable standards.  Defendant lacks sufficient knowledge or information to admit or deny the remaining allegations in Paragraph 90 of Plaintiff's Complaint, and on that basis Defendant denies them for the present time.

91.     Defendant denies any inaccurate or incomplete reporting.  Defendant lacks sufficient knowledge or information to admit or deny the remaining allegations in Paragraph 91 of Plaintiff's Complaint, and on that basis Defendant denies them for the present time.  To the extent said allegations pertain to a document, Defendant alleges that the document speaks for itself.

92.     Defendant denies any inaccurate or incomplete reporting.  Defendant lacks sufficient knowledge or information to admit or deny the remaining allegations in Paragraph 92 of Plaintiff's Complaint, and on that basis Defendant denies them for the present time.  To the extent said allegations pertain to a document, Defendant alleges that the document speaks for itself.

93.     Defendant denies any inaccurate or incomplete reporting.  Defendant lacks sufficient knowledge or information to admit or deny the remaining allegations in Paragraph 93 of Plaintiff's Complaint, and on that basis Defendant denies them for the present time.  To the extent said allegations pertain to a document, Defendant alleges that the document speaks for itself.

94.     Defendant denies any inaccurate or incomplete reporting.  Defendant lacks sufficient knowledge or information to admit or deny the remaining allegations in Paragraph 94 of Plaintiff's Complaint, and on that basis Defendant denies them for the present time.  To the extent said allegations pertain to a document, Defendant alleges that the document speaks for itself.

95.     Defendant denies any inaccurate or incomplete reporting.  Defendant lacks sufficient knowledge or information to admit or deny the remaining allegations

in Paragraph 95 of Plaintiff's Complaint, and on that basis Defendant denies them for the present time.  To the extent said allegations pertain to a document, Defendant alleges that the document speaks for itself.

96.    Defendant denies any inaccurate or incomplete reporting, and denies the existence of any "scheme."  Defendant lacks sufficient knowledge or information to admit or deny the remaining allegations in Paragraph 96 of Plaintiff's Complaint, and on that basis Defendant denies them for the present time.

97.    Defendant denies any inaccurate or incomplete reporting.  Defendant lacks sufficient knowledge or information to admit or deny the remaining allegations in Paragraph 97 of Plaintiff's Complaint, and on that basis Defendant denies them for the present time.

98.    Defendant denies the allegations in Paragraph 98 of Plaintiff's Complaint.

99.    Defendant denies the allegations in Paragraph 99 of Plaintiff's Complaint.

100.   Defendant denies the allegations in Paragraph 100 of Plaintiff's Complaint.

## FIRST CAUSE OF ACTION

101.   The allegations in Paragraph 101 of Plaintiff's Complaint are not directed against Defendant, and thus no response is required.  To the extent a response is deemed required, Defendant lacks sufficient knowledge or information to admit or deny said allegations, and on that basis Defendant denies them for the present time.

102.   The allegations in Paragraph 102 of Plaintiff's Complaint are not directed against Defendant, and thus no response is required.  To the extent a response is deemed required, Defendant lacks sufficient knowledge or information to admit or deny said allegations, and on that basis Defendant denies them for the present time.

103.   The allegations in Paragraph 103 of Plaintiff's Complaint are not directed against Defendant, and thus no response is required.   To the extent a response is deemed required, Defendant lacks sufficient knowledge or information to admit or deny said allegations, and on that basis Defendant denies them for the present time.

104.   The allegations in Paragraph 104 of Plaintiff's Complaint are not directed against Defendant, and thus no response is required.   To the extent a response is deemed required, Defendant lacks sufficient knowledge or information to admit or deny said allegations, and on that basis Defendant denies them for the present time.

105.   The allegations in Paragraph 105 of Plaintiff's Complaint are not directed against Defendant, and thus no response is required.   To the extent a response is deemed required, Defendant lacks sufficient knowledge or information to admit or deny said allegations, and on that basis Defendant denies them for the present time.

106.   The allegations in Paragraph 106 of Plaintiff's Complaint are not directed against Defendant, and thus no response is required.   To the extent a response is deemed required, Defendant lacks sufficient knowledge or information to admit or deny said allegations, and on that basis Defendant denies them for the present time.

107.   The allegations in Paragraph 107 of Plaintiff's Complaint are not directed against Defendant, and thus no response is required.   To the extent a response is deemed required, Defendant lacks sufficient knowledge or information to admit or deny said allegations, and on that basis Defendant denies them for the present time.

108.   The allegations in Paragraph 108 of Plaintiff's Complaint are not directed against Defendant, and thus no response is required.   To the extent a response is deemed required, Defendant lacks sufficient knowledge or information

to admit or deny said allegations, and on that basis Defendant denies them for the present time.

109.   The allegations in Paragraph 109 of Plaintiff's Complaint are not directed against Defendant, and thus no response is required.   To the extent a response is deemed required, Defendant lacks sufficient knowledge or information to admit or deny said allegations, and on that basis Defendant denies them for the present time.

110.   The allegations in Paragraph 110 of Plaintiff's Complaint are not directed against Defendant, and thus no response is required.   To the extent a response is deemed required, Defendant lacks sufficient knowledge or information to admit or deny said allegations, and on that basis Defendant denies them for the present time.

111.   The allegations in Paragraph 111 of Plaintiff's Complaint are not directed against Defendant, and thus no response is required.   To the extent a response is deemed required, Defendant lacks sufficient knowledge or information to admit or deny said allegations, and on that basis Defendant denies them for the present time.

112.   The allegations in Paragraph 112 of Plaintiff's Complaint are not directed against Defendant, and thus no response is required.   To the extent a response is deemed required, Defendant lacks sufficient knowledge or information to admit or deny said allegations, and on that basis Defendant denies them for the present time.

113.   The allegations in Paragraph 113 of Plaintiff's Complaint are not directed against Defendant, and thus no response is required.   To the extent a response is deemed required, Defendant lacks sufficient knowledge or information to admit or deny said allegations, and on that basis Defendant denies them for the present time.

/ / /

{00092073;1}

114.   The allegations in Paragraph 114 of Plaintiff's Complaint are not directed against Defendant, and thus no response is required.   To the extent a response is deemed required, Defendant lacks sufficient knowledge or information to admit or deny said allegations, and on that basis Defendant denies them for the present time.

115.   The allegations in Paragraph 115 of Plaintiff's Complaint are not directed against Defendant, and thus no response is required.   To the extent a response is deemed required, Defendant lacks sufficient knowledge or information to admit or deny said allegations, and on that basis Defendant denies them for the present time.

116.   The allegations in Paragraph 116 of Plaintiff's Complaint are not directed against Defendant, and thus no response is required.   To the extent a response is deemed required, Defendant lacks sufficient knowledge or information to admit or deny said allegations, and on that basis Defendant denies them for the present time.

## SECOND CAUSE OF ACTION

117.   Defendant incorporates by reference its responses set forth in all Paragraphs above.

118.   Paragraph 118 of Plaintiff's Complaint contains no affirmative allegations against Defendant.   To the extent said Paragraph is deemed to contain any affirmative allegations, Defendant denies them.   Moreover, said allegations constitute legal conclusions to which no response is required.

119.   Defendant denies the allegations in Paragraph 119 of Plaintiff's Complaint.

120.   Defendant denies the allegations in Paragraph 120 of Plaintiff's Complaint.

121.   Defendant denies any failure to investigate.   Defendant lacks sufficient knowledge or information to admit or deny the remaining allegations in Paragraph

121 of Plaintiff's Complaint, and on that basis Defendant denies them for the present time.  To the extent said allegations pertain to a document, Defendant alleges that the document speaks for itself.

122.   Defendant denies any failure to investigate.  Defendant lacks sufficient knowledge or information to admit or deny the remaining allegations in Paragraph 122 of Plaintiff's Complaint, and on that basis Defendant denies them for the present time.  To the extent said allegations pertain to a document, Defendant alleges that the document speaks for itself.

123.   Defendant denies any failure to investigate.  Defendant lacks sufficient knowledge or information to admit or deny the remaining allegations in Paragraph 123 of Plaintiff's Complaint, and on that basis Defendant denies them for the present time.  To the extent said allegations pertain to a document, Defendant alleges that the document speaks for itself.

124.   Defendant denies any inaccurate or incomplete reporting.  Defendant lacks sufficient knowledge or information to admit or deny the remaining allegations in Paragraph 124 of Plaintiff's Complaint, and on that basis Defendant denies them for the present time.  To the extent said allegations pertain to a document, Defendant alleges that the document speaks for itself.

125.   Defendant denies any alleged failure to conduct a reasonable investigation.  Defendant lacks sufficient knowledge or information to admit or deny the remaining allegations in Paragraph 125 of Plaintiff's Complaint, which lack foundation and are vague and ambiguous.

126.   Defendant denies any failure to investigate.  Defendant lacks sufficient knowledge or information to admit or deny the remaining allegations in Paragraph 126 of Plaintiff's Complaint, and on that basis Defendant denies them for the present time.  To the extent said allegations pertain to a document, Defendant alleges that the document speaks for itself.

/ / /

127.   Defendant denies any failure to investigate.  Defendant lacks sufficient knowledge or information to admit or deny the remaining allegations in Paragraph 127 of Plaintiff's Complaint, and on that basis Defendant denies them for the present time.  To the extent said allegations pertain to a document, Defendant alleges that the document speaks for itself.

128.   Defendant denies any alleged failure to conduct a reasonable investigation.  Defendant lacks sufficient knowledge or information to admit or deny the remaining allegations in Paragraph 128 of Plaintiff's Complaint, which lack foundation and are vague and ambiguous.

129.   Defendant denies the allegations in Paragraph 129 of Plaintiff's Complaint, which also lack foundation and are vague and ambiguous.

130.   The allegations in Paragraph 130 of Plaintiff's Complaint are not directed against Defendant, and thus no response is required.  To the extent a response is deemed required, Defendant lacks sufficient knowledge or information to admit or deny said allegations, and on that basis Defendant denies them for the present time.

131.   The allegations in Paragraph 131 of Plaintiff's Complaint are not directed against Defendant, and thus no response is required.  To the extent a response is deemed required, Defendant lacks sufficient knowledge or information to admit or deny said allegations, and on that basis Defendant denies them for the present time.

132.   The allegations in Paragraph 132 of Plaintiff's Complaint are not directed against Defendant, and thus no response is required.  To the extent a response is deemed required, Defendant lacks sufficient knowledge or information to admit or deny said allegations, and on that basis Defendant denies them for the present time.

133.   The allegations in Paragraph 133 of Plaintiff's Complaint are not directed against Defendant, and thus no response is required.  To the extent a

response is deemed required, Defendant lacks sufficient knowledge or information to admit or deny said allegations, and on that basis Defendant denies them for the present time.

134.   The allegations in Paragraph 134 of Plaintiff's Complaint are not directed against Defendant, and thus no response is required.   To the extent a response is deemed required, Defendant lacks sufficient knowledge or information to admit or deny said allegations, and on that basis Defendant denies them for the present time.

135.   The allegations in Paragraph 135 of Plaintiff's Complaint are not directed against Defendant, and thus no response is required.   To the extent a response is deemed required, Defendant lacks sufficient knowledge or information to admit or deny said allegations, and on that basis Defendant denies them for the present time.

136.   The allegations in Paragraph 136 of Plaintiff's Complaint are not directed against Defendant, and thus no response is required.   To the extent a response is deemed required, Defendant lacks sufficient knowledge or information to admit or deny said allegations, and on that basis Defendant denies them for the present time.

137.   The allegations in Paragraph 137 of Plaintiff's Complaint are not directed against Defendant, and thus no response is required.   To the extent a response is deemed required, Defendant lacks sufficient knowledge or information to admit or deny said allegations, and on that basis Defendant denies them for the present time.

138.   The allegations in Paragraph 138 of Plaintiff's Complaint are not directed against Defendant, and thus no response is required.   To the extent a response is deemed required, Defendant lacks sufficient knowledge or information to admit or deny said allegations, and on that basis Defendant denies them for the present time.

139.   The allegations in Paragraph 139 of Plaintiff's Complaint are not directed against Defendant, and thus no response is required.   To the extent a response is deemed required, Defendant lacks sufficient knowledge or information to admit or deny said allegations, and on that basis Defendant denies them for the present time.

140.   The allegations in Paragraph 140 of Plaintiff's Complaint are not directed against Defendant, and thus no response is required.   To the extent a response is deemed required, Defendant lacks sufficient knowledge or information to admit or deny said allegations, and on that basis Defendant denies them for the present time.

141.   The allegations in Paragraph 141 of Plaintiff's Complaint are not directed against Defendant, and thus no response is required.   To the extent a response is deemed required, Defendant lacks sufficient knowledge or information to admit or deny said allegations, and on that basis Defendant denies them for the present time.

142.   The allegations in Paragraph 142 of Plaintiff's Complaint are not directed against Defendant, and thus no response is required.   To the extent a response is deemed required, Defendant lacks sufficient knowledge or information to admit or deny said allegations, and on that basis Defendant denies them for the present time.

143.   The allegations in Paragraph 143 of Plaintiff's Complaint are not directed against Defendant, and thus no response is required.   To the extent a response is deemed required, Defendant lacks sufficient knowledge or information to admit or deny said allegations, and on that basis Defendant denies them for the present time.

144.   The allegations in Paragraph 144 of Plaintiff's Complaint are not directed against Defendant, and thus no response is required.   To the extent a response is deemed required, Defendant lacks sufficient knowledge or information

to admit or deny said allegations, and on that basis Defendant denies them for the present time.

145.   The allegations in Paragraph 145 of Plaintiff's Complaint are not directed against Defendant, and thus no response is required.  To the extent a response is deemed required, Defendant lacks sufficient knowledge or information to admit or deny said allegations, and on that basis Defendant denies them for the present time.

146.   The allegations in Paragraph 146 of Plaintiff's Complaint are not directed against Defendant, and thus no response is required.  To the extent a response is deemed required, Defendant lacks sufficient knowledge or information to admit or deny said allegations, and on that basis Defendant denies them for the present time.

147.   The allegations in Paragraph 147 of Plaintiff's Complaint are not directed against Defendant, and thus no response is required.  To the extent a response is deemed required, Defendant lacks sufficient knowledge or information to admit or deny said allegations, and on that basis Defendant denies them for the present time.

## THIRD CAUSE OF ACTION

148.   The allegations in Paragraph 148 of Plaintiff's Complaint are not directed against Defendant, and thus no response is required.  To the extent a response is deemed required, Defendant lacks sufficient knowledge or information to admit or deny said allegations, and on that basis Defendant denies them for the present time.

149.   The allegations in Paragraph 149 of Plaintiff's Complaint are not directed against Defendant, and thus no response is required.  To the extent a response is deemed required, Defendant lacks sufficient knowledge or information to admit or deny said allegations, and on that basis Defendant denies them for the present time.

150. The allegations in Paragraph 150 of Plaintiff's Complaint are not directed against Defendant, and thus no response is required. To the extent a response is deemed required, Defendant lacks sufficient knowledge or information to admit or deny said allegations, and on that basis Defendant denies them for the present time.

151. The allegations in Paragraph 151 of Plaintiff's Complaint are not directed against Defendant, and thus no response is required. To the extent a response is deemed required, Defendant lacks sufficient knowledge or information to admit or deny said allegations, and on that basis Defendant denies them for the present time.

152. The allegations in Paragraph 152 of Plaintiff's Complaint are not directed against Defendant, and thus no response is required. To the extent a response is deemed required, Defendant lacks sufficient knowledge or information to admit or deny said allegations, and on that basis Defendant denies them for the present time.

153. The allegations in Paragraph 153 of Plaintiff's Complaint are not directed against Defendant, and thus no response is required. To the extent a response is deemed required, Defendant lacks sufficient knowledge or information to admit or deny said allegations, and on that basis Defendant denies them for the present time.

## FOURTH CAUSE OF ACTION

154. The allegations in Paragraph 154 of Plaintiff's Complaint are not directed against Defendant, and thus no response is required. To the extent a response is deemed required, Defendant lacks sufficient knowledge or information to admit or deny said allegations, and on that basis Defendant denies them for the present time.

155. The allegations in Paragraph 155 of Plaintiff's Complaint are not directed against Defendant, and thus no response is required. To the extent a

response is deemed required, Defendant lacks sufficient knowledge or information to admit or deny said allegations, and on that basis Defendant denies them for the present time.

156.   The allegations in Paragraph 156 of Plaintiff's Complaint are not directed against Defendant, and thus no response is required.   To the extent a response is deemed required, Defendant lacks sufficient knowledge or information to admit or deny said allegations, and on that basis Defendant denies them for the present time.

157.   The allegations in Paragraph 157 of Plaintiff's Complaint are not directed against Defendant, and thus no response is required.   To the extent a response is deemed required, Defendant lacks sufficient knowledge or information to admit or deny said allegations, and on that basis Defendant denies them for the present time.

158.   The allegations in Paragraph 158 of Plaintiff's Complaint are not directed against Defendant, and thus no response is required.   To the extent a response is deemed required, Defendant lacks sufficient knowledge or information to admit or deny said allegations, and on that basis Defendant denies them for the present time.

159.   The allegations in Paragraph 159 of Plaintiff's Complaint are not directed against Defendant, and thus no response is required.   To the extent a response is deemed required, Defendant lacks sufficient knowledge or information to admit or deny said allegations, and on that basis Defendant denies them for the present time.

## PLAINTIFF'S PRAYER FOR RELIEF

Defendant denies that Plaintiff is entitled to the relief requested in Plaintiff's prayer.

## PLAINTIFF'S DEMAND FOR JURY TRIAL

Defendant admits that Plaintiff demands a jury trial.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

As a separate, affirmative defense, Defendant alleges that Plaintiff's Complaint fails to state a claim upon which relief can be granted.

### SECOND AFFIRMATIVE DEFENSE

As a separate, affirmative defense, Defendant alleges that Plaintiff's Complaint, and all allegations contained therein, or portions thereof, are, or may be, barred by the applicable statute or statutes of limitations.

### THIRD AFFIRMATIVE DEFENSE

As a separate, affirmative defense, Defendant alleges that at all times mentioned in the Complaint, Defendant acted lawfully and within its legal rights, with a good faith belief in the exercise of that right, and in the furtherance of a legitimate business purpose.  Further, Defendant acted in good faith in the honest belief that the acts, conduct and communications, if any, of Defendant were justified under the circumstances based on information reasonably available.

### FOURTH AFFIRMATIVE DEFENSE

As a separate, affirmative defense, Defendant alleges that Plaintiff's claims are, or may be, barred because the claimed injuries and damages, if any, were or may have been caused by the conduct of third parties, including, but not limited to, the prior, intervening, or superseding conduct of third parties.

### FIFTH AFFIRMATIVE DEFENSE

As a separate, affirmative defense, Defendant alleges that the damages alleged in Plaintiff's Complaint were caused, or causally contributed to, by the comparative fault, negligence, negligence per se, assumption of the risk, and/or culpable conduct of Plaintiff and/or other persons, and the amount of damages, if any, that may be recovered by Plaintiff from Defendant must be diminished in the proportion that Plaintiff's own conduct and/or the conduct of other persons contributed to the cause of said alleged damages.

## SIXTH AFFIRMATIVE DEFENSE

As a separate, affirmative defense, Defendant alleges that Plaintiff's claims are barred to the extent no private right of action exists under the FCRA.

## SEVENTH AFFIRMATIVE DEFENSE

As a separate, affirmative defense, Defendant alleges that alleged mental anguish alone does not support damages under the FCRA.

## EIGHTH AFFIRMATIVE DEFENSE

As a separate, affirmative defense, Defendant alleges that it had no duty to investigate Plaintiff's purported dispute(s) unless and until Defendant received notice of the dispute(s) from a consumer reporting agency.

## NINTH AFFIRMATIVE DEFENSE

As a separate, affirmative defense, Defendant alleges that if it is assumed, *arguendo*, that Defendant received notice of any dispute from a consumer reporting agency, which presupposition Defendant denies, Defendant performed a reasonable investigation of said dispute(s).

## TENTH AFFIRMATIVE DEFENSE

As a separate, affirmative defense, Defendant alleges that Plaintiff's claims are barred to the extent he lacks standing and/or jurisdiction to assert them.

## ELEVENTH AFFIRMATIVE DEFENSE

As a separate, affirmative defense, Defendant alleges that Plaintiff's claims lack merit in accordance with *Spokeo v. Robins*, 136 S.Ct. 1540 (2016).

## TWELFTH AFFIRMATIVE DEFENSE

As a separate, affirmative defense, Defendant alleges that Plaintiff's claims are, or may be, barred and/or exclusively governed by the Bankruptcy Code.

## THIRTEENTH AFFIRMATIVE DEFENSE

As a separate, affirmative defense, Defendant alleges that Plaintiff's claims lack merit in accordance with *Walls v. Wells Fargo Bank*, 276 F.3d 502 (9th Cir. 2002).

## FOURTEENTH AFFIRMATIVE DEFENSE

As a separate, affirmative defense, Defendant alleges that the claims alleged in the Complaint are, or may be, barred to the extent Plaintiff filed for bankruptcy and failed to list this lawsuit and/or related claim(s) as an asset.

## FIFTEENTH AFFIRMATIVE DEFENSE

As a separate, affirmative defense, Defendant alleges that it did not engage in any conduct that was intentional, knowing, willful, reckless, grossly negligent, malicious, wanton or outrageous, and that Defendant at all times acted in good faith.

## SIXTEENTH AFFIRMATIVE DEFENSE

As a separate, affirmative defense, Defendant alleges that Plaintiff's claims are barred in part or in full by the limitation of liability in 15 U.S.C. § 1681h(e).

## SEVENTEENTH AFFIRMATIVE DEFENSE

As a separate, affirmative defense, Defendant alleges that Plaintiff's claims are barred to the extent he cannot establish a bona fide dispute under the FCRA.

## EIGHTEENTH AFFIRMATIVE DEFENSE

As a separate, affirmative defense, Defendant alleges that Plaintiff's claims are barred to the extent he cannot show that the information on his credit report was inaccurate or incomplete.

## NINETEENTH AFFIRMATIVE DEFENSE

As a separate, affirmative defense, Defendant alleges that Plaintiff's claims may be barred by the doctrines of unclean hands, laches, waiver, res judicata, estoppel, collateral estoppel, judicial estoppel and/or other equitable doctrines.

## TWENTIETH AFFIRMATIVE DEFENSE

As a separate, affirmative defense, Defendant alleges that if it is assumed, arguendo, that Defendant violated a statute as alleged in Plaintiff's Complaint, which presupposition Defendant denies, such violation was not intentional, and resulted from a bona fide error, notwithstanding the maintenance of procedures reasonably adapted to avoid any such error.

## TWENTY-FIRST AFFIRMATIVE DEFENSE

As a separate, affirmative defense, Defendant alleges, to the extent that Plaintiff claims to have suffered damages, which is disputed by Defendant, Plaintiff has failed to mitigate any such claimed damages.

## TWENTY-SECOND AFFIRMATIVE DEFENSE

As a separate, affirmative defense, Defendant alleges that Plaintiff's Complaint fails to state a cause of action supporting punitive damages, and that the imposition of such damages would violate Defendant's constitutional rights to due process and equal protection.

## TWENTY-THIRD AFFIRMATIVE DEFENSE

As a separate, affirmative defense, Defendant alleges that it reserves the right to allege and assert any additional and/or further affirmative defenses as become apparent to Defendant during the course of this litigation.

## PRAYER FOR RELIEF

WHEREFORE, Defendant prays that Plaintiff's Complaint be dismissed with prejudice, for its attorneys' fees and costs incurred herein, and for such further relief as the Court deems just and equitable.

## DEMAND FOR JURY TRIAL

Defendant hereby demands a jury trial.

DATED:  May 22, 2018                    CARLSON & MESSER LLP


                                        By:    s/David J. Kaminski
                                               David J. Kaminski
                                               Martin Schannong
                                               Attorneys for Defendant
                                               COLUMBIA COLLECTION
                                               SERVICE, INC.

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 22, 2018, a true and correct copy of the foregoing document entitled ANSWER was filed through the ECF system, which will send notification of such filing to the e-mail addresses associated with this case.

DATED:  May 22, 2018                    CARLSON & MESSER LLP


By:      s/David J. Kaminski
        Charles R. Messer
        David J. Kaminski
        Martin Schannong
        Attorneys for Defendant
        COLUMBIA COLLECTION
        SERVICE, INC.