David J. Kaminski (SBN 128509)
carlsonj@cmtlaw.com
Martin Schannong (SBN 243297)
schannongm@cmtlaw.com
Carlson & Messer LLP
5959 West Century Boulevard, Suite 1214
Los Angeles, CA 90045
(310) 242-2200 Telephone
(310) 242-2222 Facsimile

Attorneys for Defendant
COLUMBIA COLLECTION SERVICE, INC.

UNITED STATE DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HECTOR MORALES,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>EQUIFAX, INC., COLUMBIA COLLECTIONS and DOES 1-100 inclusive,<br><br>　　　　Defendants. | CASE NO.: 2:18-cv-00704-MCE-AC<br><br>**NOTICE OF SETTLEMENT** |

**TO THE COURT, THE PARTIES, AND THEIR ATTORNEYS OF RECORD HEREIN:**

**PLEASE TAKE NOTICE** that Plaintiff HECTOR MORALES and Defendant COLUMBIA COLLECTION SERVICE, INC. have reached a settlement. The parties anticipate that they will complete the settlement and file a stipulation of dismissal with prejudice as to entire action, within 45 days from the date of this Notice.

{00097268;1}

1

In light of the settlement, the Parties respectfully request that the Court vacate all pending dates in this case.

DATED:  July 31, 2018            SAGARIA LAW, P.C.


*s/ Elliot Gale*
Scott J. Sagaria
Elliot W. Gale
Joe B. Angelo
Scott M. Johnson
Attorneys for Plaintiff
HECTOR MORALES


DATED:  July 31, 2018            CARLSON & MESSER LLP


s/David J. Kaminski
Charles R. Messer
David J. Kaminski
Martin Schannong
Attorneys for Defendant
COLUMBIA COLLECTION SERVICE, INC.