UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HECTOR MORALES, | CASE NO. 2:18-cv-00704-MCE-AC |
| Plaintiff, | **ORDER OF DISMISSAL** |
| vs. | |
| EQUIFAX, INC.; COLUMBIA COLLECTION SERVICE, INC.; and DOES 1 through 100, inclusive, | |
| Defendants. | |

Having considered the Stipulation for Dismissal of Defendant COLUMBIA COLLECTION SERVICE, INC. (ECF No. 13), the Court rules as follows: Defendant COLUMBIA COLLECTION SERVICE, INC. is hereby DISMISSED from this action with prejudice. Each party shall bear its own costs and expenses.

IT IS SO ORDERED.

Dated: January 9, 2019

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE