Elliot Gale (State Bar No. 263326)
egale@sagarialaw.com
Joe Angelo (State Bar No. 268542)
jangelo@sagarialaw.com
SAGARIA LAW, P.C.
3017 Douglas Blvd., Ste. 200
Roseville, California 95661
Telephone: (408) 279-2288
Facsimile: (408) 279-2299

Attorneys for Plaintiff
Hector Morales

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HECTOR MORALES<br><br>Plaintiff,<br><br>vs.<br>EQUIFAX, INC. et al,<br><br>Defendants. | Case No.: 2:18-cv-00704-MCE-AC<br><br>**ORDER** |

Pursuant to the stipulation of the Parties (ECF No. 14), Defendant Equifax, Inc. is DISMISSED from this action with prejudice. Each party shall bear its own attorneys' fees and costs.

IT IS SO ORDERED.

Dated: January 9, 2019

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

1
ORDER